STATE OF CONNECTICUT *v.* PAUL MOYNAHAN

The motion by the defendant (1) to set aside the verdict and judgment of the trial court and (2) to enter in his favor a judgment of not guilty in the appeal from the Superior Court in New Haven County at Waterbury is denied.

*James A. Wade,* for the appellant (defendant).

*Dennis A. Gaffney,* special assistant state's attorney, for the appellee (state).

Argued June 6—decided June 6, 1972

CARL K. OUELLETTE ET AL. *v.* ALEXANDER J. JABLONSKI
ET AL.

The plaintiffs' "Motion to Dismiss Appeal" from the Superior Court in Tolland County is granted.

*David M. Borden,* for the appellees (plaintiffs).

*Atherton B. Ryan,* for the appellants (defendants).